-PS/O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ANGELA MICHELLE LASALLE,

      Plaintiff,

      -v-                                          DECISION AND ORDER
                                                          14-CV-0872S

CAROLYN W. COLVIN, Acting Commissioner of
Social Security,

      Defendant.

_____



      Plaintiff has submitted a Complaint, along with an affirmation of poverty, and seeks permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  The affirmation of poverty has been reviewed in accordance with 28 U.S.C. § 1915(a)(1), and the Complaint has been reviewed by the Court with respect to the 28 U.S.C. § 1915(e)(2) criteria.

      Plaintiff has met the statutory requirements for *in forma pauperis* status and, therefore, permission to proceed *in forma pauperis* is granted.  The Clerk of the Court is directed to file Plaintiff's papers without payment of fees.  Service of papers, which may be done by certified mail, shall be performed by Plaintiff's attorney.

      SO ORDERED.

Dated: October 31, 2014
       Rochester, New York

                                                                            _____
                                                                            HON. FRANK P. GERACI, JR.
                                                                            United States District Judge